UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO.  06-0268M-01 (CR) |
| | : | MAGISTRATE NO.  06-0268M-02 (CR) |
| **ADAM K. HAMILTON,** | : | |
| **CARROLL D. WILLS,** | : | VIOLATIONS:  18 U.S.C. §922(g)(1) |
| **Defendants.** | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 18 U.S.C. §922(g)(1) |
| | : | (Unlawful Possession of a Firearm by a Person |
| | : | Convicted of a Crime Punishable by |
| | : | Imprisonment for a Term Exceeding One Year); |
| | : | 18 U.S.C. §922(g)(1) |
| | : | (Unlawful Possession of Ammunition by a |
| | : | Person Convicted of a Crime Punishable by |
| | : | Imprisonment for a Term Exceeding One Year); |
| | : | 21 U.S.C. §844(a) |
| | : | (Simple Possession of a Controlled Substance) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about June 8, 2006, within the District of Columbia, **ADAM K. HAMILTON**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in Baltimore, Maryland, Criminal Case No. 3D00079278, did unlawfully and knowingly receive and possess a firearm, that is, Ruger .22 caliber revolver, and did unlawfully and knowingly receive and possess ammunition, that is, .22 caliber ammunition, which had been possessed, shipped and transported in

and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about June 8, 2006, within the District of Columbia, **ADAM K. HAMILTON**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in Baltimore, Maryland, Criminal Case No. 3D00079278, did unlawfully and knowingly receive and possess firearms, that is, a Stevens 12 gauge shotgun, a Mossberg .22 caliber rifle, a Thompson .223 caliber pistol, a Marlin 12 gauge shotgun, a Hanover Arms 12 gauge shotgun, a Winchester 7mm rifle, and a Remington .243 caliber rifle, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT THREE

On or about June 8, 2006, within the District of Columbia, **ADAM K. HAMILTON**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in Baltimore, Maryland, Criminal Case No. 3D00079278 and **CARROLL D. WILLS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in Prince George's County, Maryland, Criminal Case No. 91-0941024, did unlawfully and knowingly receive and possess ammunition, that is, 12 gauge shotgun shells, .243 caliber, .223 caliber, .410 caliber, 30 caliber

ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT FOUR

On or about June 8, 2006, within the District of Columbia, **CARROLL D. WILLS**, did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

**(Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia