## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | )( | |
| | )( | **Criminal No. 06-200-01** |
| **v.** | )( | **Judge Kollar-Kotelly** |
| | )( | **Status/Plea: October 19, 2006** |
| **ADAM HAMILTON** | )( | |

### UNOPPOSED MOTION TO CONTINUE HEARING

COMES NOW the defendant, Adam Hamilton, by and through undersigned counsel, and respectfully moves this Honorable Court to continue his upcoming hearing to a later date that is agreeable to the Court and the parties. In support of this motion, Mr. Hamilton would show:

1.      Currently, this case is scheduled for a status hearing on October 19, 2006. It is expected that Mr. Hamilton will be entering a guilty plea in this case. Accordingly, it was anticipated that Mr. Hamilton would be entering a guilty plea at the October 19 hearing.

2.      Undersigned counsel has recently been experiencing a minor medical problem. While counsel's condition is not serious, it still requires surgery in the fairly immediate future. Unfortunately, the only date in the fairly immediate future that counsel's surgeon could schedule the surgery was October 19, 2006—the date of the currently scheduled status hearing in this case.

3.      On October 11, 2006, undersigned counsel spoke with Perham Gorji. Mr. Gorji is the Assistant United States Attorney prosecuting this case. Mr. Gorji graciously

1

indicated that the government has no opposition to continuing the status hearing in this case to a date after October 19, 2006.

    4.    During their conversation on October 11, 2006, Mr. Gorji and undersigned counsel consulted their schedules and determined that Mr. Gorji is free all day on Friday, October 27, 2006 and that counsel is free on that day up until 4:00 p.m.  Also, they determined that they are both free all day on Monday October 30, 2006.

    WHEREFORE, the defendant, Adam Hamilton, moves this Honorable Court to vacate the status hearing in this case that is scheduled for October 19, 2006 and to reschedule that hearing for October 27, 2006 (allowing for the fact that undersigned counsel will not be available after 4:00 p.m.), October 30, 2006 (any time), or any other date that is agreeable to the Court and the parties.

Respectfully submitted,


_____/s/_____
Jerry Ray Smith
Counsel for Adam Hamilton
717 D Street, N.W.
Suite 400
Washington, D.C. 20004
Phone: (202) 347-6101