UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | )( | |
| | )( | Criminal No. 06-200-01 |
| v. | )( | Judge Kollar-Kotelly |
| | )( | Status/Plea: October 19, 2006 |
| ADAM HAMILTON | )( | |

**ORDER**

The Court having considered defendant Hamilton's Unopposed Motion to Continue Hearing, it is, this _____ day of October, 2006, hereby

**ORDERED** that the motion is granted, and it is further

**ORDERED** that the status hearing in this case scheduled for October 19, 2006 is vacated and that that status hearing is rescheduled for _____, 2006 at _____.

_____
Colleen Kollar-Kotelly
United States District Judge