### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )( | |
| )( | Criminal No. 06-200-01 |
| v.                                       )( | Judge Kollar-Kotelly |
| )( | Status/Plea: November 16, 2006 |
| ADAM HAMILTON             )( | |

### NOTICE OF FILING

COMES NOW the defendant, Adam Hamilton, by and through undersigned counsel, and respectfully gives notice that he is filing the attached document in connection with this case: Waiver of Speedy Trial Rights. The document is attached to this notice as an exhibit.

WHEREFORE, please take notice that the defendant, Adam Hamilton, has filed a Waiver of Speedy Trial Rights on October, 26, 2006.

Respectfully submitted,

_____/s/_____
Jerry Ray Smith
Counsel for Adam Hamilton
717 D Street, N.W.
Suite 400
Washington, D.C. 20004
Phone: (202) 347-6101