| | | |
|---|---|---|
| UNITED STATES OF AMERICA | )( | |
| | )( | Criminal No. 06-200-01 |
| v. | )( | Judge Kollar-Kotelly |
| | )( | Status/Plea: November 16, 2006 |
| ADAM HAMILTON | )( | |

## WAIVER OF SPEEDY TRIAL RIGHTS

COMES NOW the defendant, Adam Hamilton, by and through undersigned counsel, and respectfully notifies this Honorable Court that he is waiving his speedy trial rights from October 19, 2006 to November 16, 2006. In support of this waiver, Mr. Hamilton would show:

1. This case had been scheduled for a status hearing on October 19, 2006. It was expected that, at that status hearing, Mr. Hamilton would be entering a guilty plea.

2. Because undersigned counsel was experiencing some medical problems which required surgery, the status hearing could not be held on October 19, 2006. Accordingly, prior to that date, that status hearing was vacated, and a new status date of November 16, 2006 was set.

3. Even if undersigned counsel had been available for the status hearing on October 19, 2006, Mr. Hamilton could not have entered a plea then. The parties had not yet finalized the plea agreement they have been working on. This is so because the plea agreement involves the State's Attorney for Maryland and additional action from Maryland is needed before the plea agreement can be finalized. It is expected that the

plea agreement will be finalized by the status hearing that is now scheduled for November 16, 2006.

4. A defendant is entitled to a speedy trial under the Sixth Amendment to the United States Constitution and 18 U.S.C., Section 3161 (Speedy Trial Act).

5. So that the a plea agreement can continue to be worked on and finalized, Mr. Hamilton hereby waives his speedy trial rights from the date of the vacated hearing to the date of the rescheduled hearing—that is, from October 19, 2006 to November 16, 2006. Mr. Hamilton acknowledges that this limited waiver of his speedy trial rights is in the interests of justice.

WHEREFORE, the defendant, Adam Hamilton, waives his speedy trial rights from October 19, 2006 to November 16, 2006.

Respectfully submitted,

*[signature]* 10/26/06
Adam Hamilton          Date

*[signature]* 10/26/06
Jerry Ray Smith         Date
Counsel for Adam Hamilton
717 D Street, N.W.
Suite 400
Washington, D.C. 20004
Phone: (202) 347-6101