UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | )( | |
| | )( | Criminal No. 06-200-01 |
| v. | )( | Judge Kollar-Kotelly |
| | )( | Status/Plea: November 16, 2006 |
| ADAM HAMILTON | )( | |

**MOTION TO FILE WAIVER OF SPEEDY TRIAL RIGHTS,
TIME FOR FILING HAVING EXPIRED**

COMES NOW the defendant, Adam Hamilton, by and through undersigned counsel, and respectfully requests that this Honorable Court permit him to file a Waiver of Speedy Trial Rights after the Court-ordered deadline for submitting such filing. Specifically, Mr. Hamilton requests that he be allowed to submit such filing three days late—that is, on Friday, October 27, 2006.  In support of this motion, Mr. Hamilton would show:

1. This case had been scheduled for a status hearing on October 19, 2006.  It was expected that, at that status hearing, Mr. Hamilton would be entering a guilty plea.

2. Because undersigned counsel was experiencing some medical problems which required surgery, the status hearing could not be held on October 19, 2006. Accordingly, prior to that date, upon a defense motion, that status hearing was vacated, and a new status date of November 16, 2006 was set.

3. In continuing the status hearing to November 19, 2006, the Court ordered Mr. Hamilton to file a Waiver of Speedy Trial Rights (for the period between the now vacated status hearing and the new status hearing) by Tuesday, October 24, 2006.

1

4.	Though undersigned counsel was expected to have been recovered from his surgery several days earlier, he in fact was not able to return to work until Wednesday, October 25, 2006.

5.	Because it has taken undersigned counsel longer than expected to recover from surgery, counsel has not able to get Mr. Hamilton's Waiver of Speedy Trial Rights signed and filed until Friday, October 27, 2006—three days after the Court-ordered deadline.

WHEREFORE, the defendant, Adam Hamilton, requests that he be allowed to file a Waiver of Speedy Trial Rights on Friday, October 27, 2006—three days after the Court-ordered deadline.

Respectfully submitted,

_____/s/_____
Jerry Ray Smith
Counsel for Adam Hamilton
717 D Street, N.W.
Suite 400
Washington, D.C. 20004
Phone: (202) 347-6101