**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**    )(
                                )(    **Criminal No. 06-200-01**
            **v.**              )(    **Judge Kollar-Kotelly**
                                )(    **Status/Plea: November 16, 2006**
        **ADAM HAMILTON**        )(

## <u>ORDER</u>

The Court having considered defendant Hamilton's Motion to File Waiver of Speedy

Trial Rights, and the opposition from the government, if any, it is, this _____ day of October,

2006, hereby

**ORDERED** that the motion is granted, and it is further

**ORDERED** that the defendant, Adam Hamilton, shall be permitted to file a Waiver of

Speedy Trial Rights on October 27, 2006—three days after the deadline originally ordered by

this Court.

_____
Colleen Kollar-Kotelly
United States District Judge