UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-200-01 (CKK) |
| | : | |
| v. | : | VIOLATIONS:  18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| ADAM K. HAMILTON, | : | Ammunition by a Person Convicted of a |
| | : | Crime Punishable by Imprisonment for a |
| Defendant. | : | Term Exceeding One Year); |
| | : | 23 D.C. Code § 1327(a) |
| | : | (Bail Reform Act) |

**I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

On or about June 8, 2006, within the District of Columbia, **ADAM K. HAMILTON**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in Baltimore, Maryland, Criminal Case No. 3D00079278, did unlawfully and knowingly receive and possess a firearm, that is, Ruger .22 caliber revolver, and did unlawfully and knowingly receive and possess ammunition, that is, .22 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

**COUNT TWO**

On or about June 7, 2006, within the District of Columbia, **ADAM K. HAMILTON**, previously having been released pursuant to the provisions of Title 23 of the District Columbia Code

in Superior Court Case Nos. 2006CMD4248 and 2006CMD8310, each a misdemeanor case, wilfully failed to appear before the Court as required.

(**Bail Reform Act**, in violation of 23 District of Columbia Code, Section 1327(a) (2001 ed.))

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia
Bar No. 498610

BY: _____
PERHAM GORJI
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W. Room 4233
Washington, D.C. 20530
(202) 353-8822