**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**


| UNITED STATES OF AMERICA | )( | |
|---|---|---|
| | )( | **Criminal No. 06-200-01** |
| v. | )( | **Judge Kollar-Kotelly** |
| | )( | **Status/Plea: November 16, 2006** |
| ADAM HAMILTON | )( | |


**ORDER**

The Court having considered defendant Hamilton's Unopposed Motion to Continue

Hearing, it is, this _____ day of November, 2006, hereby

**ORDERED** that the motion is granted, and it is further

**ORDERED** that this case will be continued for a further status hearing.  The date for that

further status hearing will be determined when the parties appear before the Court on November

16, 2006.


_____
Colleen Kollar-Kotelly
United States District Judge