UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ADAM K. HAMILTON,<br><br>Defendant. | Crim. Action No. 06-200-01 (CKK) |

### ORDER

It is this 16th day of November, 2006,

**ORDERED** that the Court hereby directs the Probation Office to prepare the criminal history calculation of the Defendant under the advisory Sentencing Guidelines and the applicable statutes, including a determination as to whether Defendant is an armed career offender pursuant to the statutes, for inclusion in a Pre-Sentence Report to be provided to the Court before Friday, December 15, 2006. Once the criminal history calculation for a Pre-Sentence Report in this case is completed, it is to be shared with Government's counsel and Defense counsel.

                                                                                                             /s/<br>
                                                    COLLEEN KOLLAR-KOTELLY<br>
                                                    United States District Judge

<u>Copies to:</u>

Jerry Ray Smith
JERRY RAY SMITH, ATTORNEY AT LAW
717 D Street, NW
Suite 400
Washington, DC 20004-2812
(202) 347-6101
Fax: (202) 842-8469
Email: jerryraysmith@verizon.net

Perham Gorji
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 4th Street, NW
Room 4233
Washington, DC 20530
US
(202) 353-8822
Fax: (202) 616-3782
Email: perham.gorji@usdoj.gov

Mark McCroson
Supervising United States Probation Officer, Presentence Team
(202) 565-1315