UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO.  06-200 (1) (CKK) |
| | : | |
| ADAM HAMILTON | : | |
| | : | |
| Defendant. | : | |
| | : | |

GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE STATUS HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this unopposed motion to continue the status hearing in the above captioned case, currently scheduled for January 11, 2007, at 10:00 a.m., until January 12, 2007, at 12:00 p.m.  In support of this motion, the government states as follows:

1. Defendant Hamilton was arrested on June 8, 2006, and was indicted on two counts of Unlawful Possession of Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1), and one count of Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1).

2. The parties have been in the process of negotiating a plea agreement, and to that end, Defendant Hamilton has agreed on multiple occasions to toll the Speedy Trial Act deadline in this case.  At the most recent status hearing in this case, on November 16, 2006, the defendant again requested more time to consider the plea offer and requested that the Court toll the Speedy Trial Act through and including January 11, 2006.  The Court granted that request and set a status / plea hearing for that date, at 10:00 a.m.

3.      After returning to his office, the undersigned Assistant U.S. Attorney ("AUSA") determined that he has a schedule conflict with the previously chosen date and time.  Accordingly, the government has conferred with defense counsel and the Court to obtain a date and time agreeable to the Court and the parties.

4.      During a telephone call with the Court's staff, the undersigned AUSA was informed that the Court would be available on January 12, 2007, at 12:00 p.m.  The parties are also available on that date and time.  The Court instructed the government to file a motion with a proposed order.

WHEREFORE, it is respectfully requested that this motion be granted, and that the next status hearing in the above captioned case be continued until January 12, 2007, at 12:00 p.m.

Respectfully submitted,
JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
Bar No. 498-610


_____/s/_____
By:   PERHAM GORJI
ASSISTANT U.S. ATTORNEY
Delaware Bar No. 3737
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-8822
perham.gorji@usdoj.gov