UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : CRIMINAL NO. 06-200 (1) (CKK) |
| **ADAM HAMILTON** | : |
| **Defendant.** | : |

ORDER

The Court, having considered the Government's Unopposed Motion to Continue Status Hearing (the "Motion"), and based on the representations made in such motion, and good cause having been shown, it is this 21 day of Nov., 2006,

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the status hearing previously scheduled for January 11, 2007, shall be continued to January 12, 2007, at 12:00 p.m.

_____
Judge Colleen Kollar-Kotelly
United States District Court for
the District of Columbia