UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

U.S.A. vs. Adam K. Hamilton                    Docket No.: 1:06cr00200-01

REQUEST FOR EXTENSION TO DISCLOSE AND FILE CRIMINAL HISTORY
CALCULATION REPORT

1. Extension for additional time granted.

   New disclosure date: _____January 8, 2007_____

   New Status Hearing date: _January 18, 2007 at 11:45 a.m._
   (Jan. 12, 2007, Status Hearing vacated). Defense counsel shall fill a Waiver of Speedy Trial to 1/18/07. ORDER OF COURT

Considered and ordered this __20th__ day of __December__, 2006.

_____
Colleen Kollar-Kotelly
United States District Judge