UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

U.S.A. vs. **Adam K. Hamilton**                     Docket No.: **1:06-00200-01**

**REQUEST FOR EXTENSION AND DELAY DISCLOSURE**

1. Extension for additional time to complete criminal history report granted

   New disclosure date: _January 16, 2007_
   New Status Hearing Date: _January 30, 2007 @ 11:00 a.m. *_
   * Defense Counsel shall file a Waiver of Speedy Trial to 1/30/07.

2. Extension for additional time to complete criminal history denied. _N/A_

**ORDER OF COURT**

Considered and ordered this ___9th___ day of ___Jan___, 2007.

_____
**Honorable Colleen Kollar-Kotelly**
**United States District Judge**