UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )( | |
| )( | Criminal No. 06-200-01 |
| v. )( | Judge Kollar-Kotelly |
| )( | Status: January 30, 2007 |
| ADAM HAMILTON )( | |

## WAIVER OF SPEEDY TRIAL RIGHTS

COMES NOW the defendant, Adam Hamilton, by and through undersigned counsel, and respectfully notifies this Honorable Court that he is waiving his speedy trial rights from January 12, 2007 to January 30, 2007. In support of this waiver, Mr. Hamilton would show:

1. This case had been scheduled for a status hearing on January 12, 2007. It was expected that, at that status hearing, Mr. Hamilton would either enter a guilty plea or announce his decision to take this case to trial. Mr. Hamilton is charged with being a felon in possession.

2. At the time that the status hearing was scheduled, it was unknown what Mr. Hamilton's exposure would be should he plead guilty. This was so because it was unclear if Mr. Hamilton qualified as an armed career offender. In order to help Mr. Hamilton make his decision regarding whether to plea or take this case to trial, the Court ordered the United States Probation Office (USPO) to prepare a report describing what Mr. Hamilton's exposure would be should he plead guilty. This report was to have been completed well in advance of the status hearing that was scheduled for January 12, 2007.

1

3. Prior to the report regarding Mr. Hamilton's exposure being due, the USPO notified the Court that the report could not be prepared until January 8, 2007. Since, at that time, the status hearing was to be only four days later, it was felt that there was insufficient time between the report being made available and the status hearing for the parties to be properly prepared for that status hearing. Accordingly, the Court vacated the hearing scheduled for January 12, 2007 and continued the case for a status hearing to be held on January 18, 2007.

4. Recently, the USPO notified the Court that the report could now not be completed until January 16, 2006—two days before the rescheduled status hearing. Accordingly, the Court has now reset the status hearing to January 30, 2007.

5. A defendant is entitled to a speedy trial under the Sixth Amendment to the United States Constitution and 18 U.S.C., Section 3161 (Speedy Trial Act).

6. So that the a plea agreement can continue to be worked on and finalized, Mr. Hamilton hereby waives his speedy trial rights from the date of the vacated status hearing to the date of the rescheduled status hearing—that is, from January 12, 2007 to January 30, 2007. Mr. Hamilton acknowledges that this limited waiver of his speedy trial rights is in the interests of justice.

WHEREFORE, the defendant, Adam Hamilton, waives his speedy trial rights from January 12, 2007 to January 30, 2007.

Respectfully submitted,

_____      1-11-07
Adam Hamilton                Date

_____      1/12/07
Jerry Ray Smith              Date
Counsel for Adam Hamilton