AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**FILED**
JAN 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

Adam K. Hamilton

WAIVER OF INDICTMENT

CASE NUMBER: 06-200-01

I, _Adam K. Hamilton_, the above named defendant, who is accused of (1) being a felon in possession of a firearm (pursuant to 18 USC § 922(g)(1)) and (2) wilfully failing to appear (Bail Reform Act violation) (pursuant to DC Code, Section 23-1327(a))

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _January 30, 2007_ prosecution by indictment and consent that the
                              Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____   Jerry Ray Smith
Counsel for Defendant

Before _Colleen Kollar-Kotelly_
        Judicial Officer