UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 06-200 (1) (CKK) |
| : | |
| ADAM K. HAMILTON : | |
| : | **FILED** |
| and : | |
| : | JAN 3 0 2007 |
| CARROL WILLS : | |
| : | NANCY MAYER WHITTINGTON, CLERK |
| Defendants. : | U.S. DISTRICT COURT |

## STATEMENT OF OFFENSE

Were the Government to go to trial in the above-captioned case, the Government would prove the following beyond a reasonable doubt:

On June 8, 2006, Defendant Adam Hamilton and Severn Jackson, a.k.a. Lucy or Lu Lu, drove in Defendant Hamilton's Dodge pickup truck to a residence at 23301 Mount Ephraim Road, Dickerson, Maryland, for the purpose of committing a burglary. Defendant Adam Hamilton and Severn Jackson broke into the residence at approximately 1:00 p.m. Ms. Jackson took from the residence eight (8) firearms, ammunition, a laptop computer, and other items that are unknown to Defendant Hamilton at this time. After Adam Hamilton and Ms. Jackson committed the burglary in Maryland and placed the stolen items in his vehicle, Defendant Hamilton drove himself and Ms. Jackson to Washington, D.C., with the intention of selling the stolen items in exchange for money or drugs. At some point during the afternoon, Ms. Jackson sold the laptop computer in exchange for drugs or money. At some point during the afternoon, Defendant Hamilton and Ms. Jackson picked up Defendant Carroll Wills, a.k.a. Starr, to facilitate selling the guns Defendant Hamilton and Ms. Jackson had stolen early that day.

At approximately 6:20 p.m. that same day, Officer Lakomec of the Metropolitan Police Department ("MPD") was on patrol when he began to follow Defendant Hamilton's Dodge pickup truck because it was reported stolen in Montgomery County. The pickup truck was registered to Defendant Hamilton, who had reported it stolen on April 28, 2006. Lakomec subsequently lost sight of the pick up truck. Shortly therafter, MPD Officer Dempster spotted the truck parked in the 300 block of 54th Street, N.E. Officers then arrived in the area and set up surveillance on the truck. The officers saw Defendant Hamilton walk over to the Dodge and reach into the bed of the pick up. Hamilton then walked into an alley out of the officers' view. Within minutes Defendant Hamilton came out of the alley and got into the driver's seat of the pickup and drove away. The officers followed the truck and made a traffic stop in front of 328 56th Street, N.E. MPD Officer Katz approached the passenger side of the truck and Officers Mudd and Lakomec approached the driver's side. When the officers got to the truck, they determined that it was occupied by three individuals. Defendant Hamilton was in the driver's seat, Defendant Wills was in the rear seat on the passenger side and Severn Jackson was in the front passenger seat. The officers ordered all three of the occupants to get out of the truck.

When Ms. Jackson got out of the truck, a crack pipe dropped to the ground. Defendants Hamilton and Wills got out of the truck, and Officer Lakomec saw several boxes of ammunition inside of an open black bag on the rear floor board of the truck and a small amount of crack in a plastic container on the rear seat where Defendant Wills had been sitting. When Defendant Hamilton got out of the truck, he told the officers that he owned the truck. The truck was in fact registered to Defendant Hamilton, who later explained that he had reported the truck stolen and, when he subsequently recovered the truck, he forgot to notify the police to cancel the lookout.

All three occupants of the truck were placed under arrest and the officers searched the truck. The search resulted in the recovery of a Ruger .22 caliber revolver, loaded with 6 rounds of ammunition from under the front passenger seat. Two boxes of .22 caliber bullets (72 rounds) were recovered from the map pocket on the front passenger side door. Inside a bag on the rear floorboard, but partially in plain view, officer recovered over two hundred rounds of ammunition, specifically: three boxes (88 rounds) of 12 gauge shotgun shells; seven boxes (93 rounds) of .243 caliber ammunition; two boxes (35 rounds) of .410 gauge shotgun shells; one box (2 rounds) of .223 caliber ammunition; one box (12 rounds) of .30 caliber carbine ammunition. The white substance inside the clear plastic container located next to where defendant Wills had been seated field tested positive for cocaine base. In addition, three full length shotguns and four long rifles were found wrapped in a blanket in the bed of the truck, specifically: a Remington Model 700 .243 caliber rifle; a Winchester Model 70 blot action 7mm rifle; a Marlin Goose Gun, bolt action 12 gauge shotgun; a Mossberg Model 341 bolt action .22 caliber rifle; a Stevens Model 67 pump action 12 gauge shotgun; a Thompson Center Arms .223 caliber pistol; a Hanover Arms double barrel shotgun.

The firearms and ammunition recovered from the truck were stolen from the farm home of Kevin Savage, located on 23301 Mount Ephraim Street, Dickerson, Maryland, that same day, June 8, 2006, between 10:30 a.m. and 1:00 p.m. Mr. Savage was able to identify the firearms and additional property recovered from Defendant Hamilton's truck as belonging to Mr. Savage.

The crack cocaine found in plain view next to where Defendant Carroll Wills had been seated in the pickup truck was analyzed by the Drug Enforcement Administration, and was determined to be .99 grams of cocaine base. Defendant Hamilton had not seen the crack cocaine prior to Defendant Wills' entering the vehicle and was unaware of it until its seizure by the police.

Prior to committing the burglary at 23301 Mount Ephraim Road, Dickerson, Maryland, Defendant Hamilton had recently cleaned out his pick up truck and was not aware of any firearms in his vehicle prior to committing the burglary.

On the date of the offense, Defendant Hamilton had previously been convicted on March 28, 2000, of First Degree Burglary, in Maryland Criminal Case No. 3D00079278, a crime punishable by more than one year imprisonment.

Were the Government to go to trial against the defendant in D.C. Superior Court Case No. 2006CMD011742, charging him with a violation of the Bail Reform Act, the Government would prove the following beyond a reasonable doubt:

On May 30, 2006, defendant Adam Hamilton, having been charged with one count of possession of cocaine and one count of possession heroin in D.C. Superior Court Case No. 2006CMD4248, appeared for a status hearing in that case. Also on May 30, 2006, having been charged with one count of possession of cocaine and one count of possession of drug paraphernalia in D.C. Superior Court Case No. 2006CMD8310, appeared for a status hearing. The hearings were before the Honorable Ann O'Regan Keary, a D.C. Superior Court judge. After being released by Judge Keary and singing notice to return to court on June 7, 2006 in both cases, 2006CMD4248 and

2006CMD8310, the defendant wilfully failed to appear in court on June 7, 2006. Bench warrants were issued for the defendant's arrest in both cases. Defendant Hamilton's failure to appear was willful and intentional, and not the result of inadvertence or mistake.

### DEFENDANT ADAM HAMILTON'S ACKNOWLEDGMENT

I have read and discussed all five (5) pages of the Statement of Offense in the above-captioned case, 06-200 (1) (CKK), with my attorney, Jerry Smith, Esquire. I agree, and acknowledge by my signature that this Statement of Offense is true and correct.

Date: 1-30-07

_____
Adam Hamilton
Defendant

Date: 1/30/07

_____
Jerry Smith, Esq.
Attorney for Defendant Adam Hamilton

-5-