UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )( | |
| )( | Criminal No. 06-200-01 |
| v.            )( | Judge Kollar-Kotelly |
| )( | Sentencing: May 23, 2007 |
| ADAM HAMILTON        )( | |

**MOTION FOR LEAVE TO LATE-FILE**
**MEMORANDUM IN AID OF SENTENCING**

COMES NOW the defendant, Adam Hamilton, by and through undersigned counsel, and respectfully moves this Honorable Court to permit him to file a Memorandum in Aid of Sentencing after the deadline of May 4, 2007. Specifically, Mr. Hamilton requests that he be allowed to file his Memorandum in Aid of Sentencing on Sunday, May 6, 2007—that is, two days late. In support of this motion, Mr. Hamilton would show:

1. Memoranda in Aid of Sentencing were due in this case on Friday, May 4, 2007.

2. On Wednesday, May 2, 2007, undersigned counsel litigated a motion to suppress evidence that unexpectedly ended up raising several novel Fourth Amendment issues. Counsel was ordered to submit legal memoranda addressing these issues by the close of business on Friday, May 4, 2007. Because the issues were complicated, researching and writing the memoranda took considerable time. Accordingly, counsel was not able to finish Mr. Hamilton's Memorandum in Aid of Sentencing until Sunday, May 6, 2007. This is still before the start of the work week that begins on Monday, May 7, 2007. Moreover, sentencing is not scheduled until May 23, 2007.

3.      Accordingly, Mr. Hamilton submits that there is good case for allowing him to submit his Memorandum in Aid of Sentencing on May 6, 2007—two days after the deadline.

WHEREFORE, the defendant, Adam Hamilton, respectfully requests that he be allowed to submit his Memorandum in Aid of Sentencing on May 6, 2007.

Respectfully submitted,

_____/s/_____
Jerry Ray Smith
Counsel for Adam Hamilton
717 D Street, N.W.
Suite 400
Washington, D.C. 20004
Phone: (202) 347-6101