UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )( | |
| )( | **Criminal No. 06-200-01** |
| **v.** )( | **Judge Kollar-Kotelly** |
| )( | **Sentencing: May 23, 2007** |
| **ADAM HAMILTON** )( | |

## ORDER

The Court having considered Adam Hamilton's Motion for Leave to Late-File Memorandum in Aid of Sentencing and arguments for the government in opposition, if any, it is, this _____ day of _____, 2007, hereby

**ORDERED** that the motion is granted, and it is further

**ORDERED** that Mr. Hamilton can file a Memorandum in Aid of Sentencing on May 6, 2007.

_____
Colleen Kollar-Kotelly
United States District Judge