THERESA RINGLER
20306 CROWN RIDGE COURT
GERMANTOWN, MD. 20876

MARCH 21, 2007

JERRY RAY SMITH, ESQ.
717 D STREET #400, N.W.
WASHINGTON, D.C. 20004

RE: ADAM K. HAMILTON
    #310 213

DEAR MR. SMITH:

DURING MY SON'S 35 YEARS OF LIFE, ADAM HAS STRUGGLED WITH A
SEVERE DISEASE, DRUG ADDICTION.

I KNOW MY SON – IT HURTS MY MOTHER'S HEART AND THE HEARTS OF
OUR FAMILY EACH TIME ADAM FALLS PREY TO THIS DISEASE. HE HAS
FOUGHT SO HARD TO STAY ABOVE WATER, AND THEN WITHOUT
WARNING, HE IS UNDER WATER WITHOUT A LIFE PRESERVER.

TODAY ADAM IS PHYSICALLY AND MENTALLY UNHEALTHY. WHEN HE IS
CLEAN AND IN HIS RECOVERY HE IS A GENTLEMAN AND A SCHOLAR -
WHEN HE RELAPSES HE IS NOT RATIONALE AND INCAPABLE OF MAKING
GOOD CHOICES AND DECISIONS – ADAM HAS A PEACEFUL HEART AND
NOT VIOLENT.

I VIEW ADAM'S LIFE AS ONE BIG INTERRUPTION – UP AND DOWN AND
DOWN AND UP. IT IS TIME TO BREAK THE REPEAT CYCLE. HE DESERVES
GOOD HEALTH, FEEL GOOD TO START THE DAY, AND LOOK FORWARD TO
TOMORROW.

WHAT CAN BE DONE TO NURTURE ADAM'S SPIRIT? I BELIEVE IT IS
ESSENTIAL TO THE REST OF HIS LIFE, TO HAVE A "CHANCE" TO LOOK
BEYOND WHERE HE IS TODAY. **I AM NOT AWARE THAT ADAM HAS EVER
HAD A MENTAL HEALTH EVALUATION AND TREATMENT. WITHOUT
INTENSE LONG-TERM REHABILITATION, TREATMENT, AND
COUNSELING,** MY SON WILL CONTINUE TO HOLD HIMSELF HOSTAGE AND
SUFFER. ADAM DESERVES A BETTER, MANAGEABLE, AND STABLE LIFE –
A QUALITY OF LIFE.

ABOUT ADAM - HE IS A GOOD MAN, IS DEPENDABLE LIKE THE SUNRISE, SPREADS HAPPINESS EVERYWHERE HE GOES, IS A PLEASURE TO BE AROUND, IS AN INSPIRATION IN GOOD TIMES AND BAD, GIVES TO OTHERS RATHER THAN TAKE FROM OTHERS, MAKES OTHERS FEEL SAFE AND COMFORTABLE, HAS A WARM SMILE AND MAKES OTHERS SMILE BACK, AND MINISTERS THOSE IN NEED.

AS A STRONG, SUPPORTIVE, AND LOVING FAMILY, WE WILL ALWAYS STAND NEXT TO ADAM, NO MATTER WHAT.  TODAY IS ADAM'S FIRST DAY OF THE REST OF HIS LIFE – WILL YOU CONSIDER GIVING HIM THE OPPORTUNITY TO LEARN AND CHANGE?

I APPRECIATE YOU AND THANK YOU FOR YOUR TIME AND YOUR CONTINUING EFFORTS IN THE CONSIDERATION OF ADAM'S FUTURE. PLEASE FEEL FREE TO FORWARD THIS LETTER TO THE **COURT AND PROSECUTOR.**

SHOULD YOU NEED ADDITIONAL INFORMATION OR ANSWERS TO QUESTIONS, PLEASE FEEL FREE TO CONTACT ME AT HOME AT 301-916-2151 OR CELL 301-379-7917.

SINCERELY YOURS,

THERESA RINGLER

CC: ADAM K. HAMILTON