UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | )( | |
| | )( | Criminal No. 06-200-01 |
| v. | )( | Judge Kollar-Kotelly |
| | )( | Sentencing: May 23, 2007 |
| ADAM HAMILTON | )( | |

FILED

MAY 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

The Court having considered Adam Hamilton's Motion for Leave to Late-File Memorandum in Aid of Sentencing and arguments for the government in opposition, if any, it is,

this 11th day of May, 2007, hereby

**ORDERED** that the motion is granted, and it is further

**ORDERED** that Mr. Hamilton can file a Memorandum in Aid of Sentencing on May 6, 2007.

_____
Colleen Kollar-Kotelly
United States District Judge