May 6, 2006

TO: Mr. Michael Frucci
FROM: Kevin L. Chambers, Administrator
RE: Adam Keith Hamilton
    Inmate #310213

FILED
MAY 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Mr. Frucci,

My name is Kevin Chambers and I am the Administrator of Bethany House in Rockville, MD. I am writing to you on behalf of Adam Hamilton in hope that my support will facilitate some positive results for Adam in the future.

I met Adam in person for the first time in May 2005. Prior to that meeting, we had conversed a few times via mail. From those initial dialogues, I saw a young man with a big heart and lots of potential that had made some bad choices during his lifetime. I consulted with my personnel chairman and we chose to give Adam another chance with a fresh start by working as a Maintenance Assistant at Bethany House.

During the first six months, Adam was an excellent employee. After the beginning of the year, we began to notice a slight change in his attention to detail. In March, Adam was arrested for possession of drugs. Over the next few weeks, he tried to get back on track on his own, but was unsuccessful. He became more ill as the weeks progressed and was ultimately admitted to Suburban Hospital for several days. During that time, he was scheduled for a court date in D.C. that he missed.

Adam was attempting to find a recovery program with little success. He was turned away by the Kolmac Clinic because of some poor choices on his part. After he told me about those mistakes, he signed a release with Kolmac allowing them to speak directly with me. I spoke with Mark Santangelo, the Executive Director, and I asked that they give him another chance because Adam was confident that this intensive program is what he needed. Mr. Santangelo agreed to allow him to enter the program. He started the program and attended several group sessions. While on the program, he returned to D.C. to address the issue of the bench warrant and was arrested again.

I have been very supportive of Adam during the struggle with his addiction over the last few months. Unfortunately, I had to terminate his employment last week because I need to hire another Maintenance Assistant to provide consistent help for our Maintenance Supervisor.

When Adam is clean, he is an honest, compassionate and hard working man. When he is using, he has trouble making good choices. It is my hope and desire that Adam can be placed in a recovery program that is focused and intensive in order for him to find the source of his addictive needs. The man that I met in May 2005 is worthy of being given that gift.

If you have any questions, please do not hesitate to contact me.

Sincerely,

*Kevin L. Chambers*
Kevin L. Chambers
Administrator