JAMES F. SHALLECK, Esq.
9408 Bethany Place
Montgomery Village, Maryland 20886
301-987-0505
Fax - 301-990-0811

**FILED**
MAY 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

March 19, 2007

Jerry Ray Smith, Esq.
717 D Street #400, N.W.
Washington, DC 20004

Re: Adam K. Hamilton

Dear Jerry:

  As you know, I previously represented Adam K. Hamilton in Montgomery County, Maryland, Circuit Court. I got to know Adam and his mother, and learned from them and my own observations, that Adam has a very serious and long-standing drug addiction problem. From all of the information and knowledge that I learned about Adam's personal background and involvement with the criminal justice system, it became clear to me that Adam's motivation and underlying causation of his criminal conduct was his severe drug addiction. That realization was also apparent to the authorities in Montgomery County. Adam, in my opinion, is two different people. One who can be articulate, personable, and productive. The other is a person who is driven to anti-social behavior by his uncontrollable desire for drugs.

  As a former prosecutor, and now a defense attorney, who has practiced law for almost 36 years, it is my opinion that the only way to salvage and rehabilitate Adam is for him to receive intensive and long-term drug rehabilitation, treatment, and counseling. He needs this personal treatment, including mental health evaluation and treatment, as part of any sentence imposed, otherwise, solely incarceration will just prolong this cycle of addiction and criminal conduct that has destroyed this man's life.

  If you need any more information, please let me know.

Sincerely yours,

James F. Shalleck

JS/sk
cc: Adam K. Hamilton