THERESA RINGLER

MARCH 21, 2007

FILED
MAY 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JERRY RAY SMITH, ESQ.
717 D STREET #400, N.W.
WASHINGTON, D.C. 20004

RE: ADAM K. HAMILTON
    #310 213

DEAR MR. SMITH:

DURING MY SON'S 35 YEARS OF LIFE, ADAM HAS STRUGGLED WITH A SEVERE DISEASE, DRUG ADDICTION.

I KNOW MY SON – IT HURTS MY MOTHER'S HEART AND THE HEARTS OF OUR FAMILY EACH TIME ADAM FALLS PREY TO THIS DISEASE. HE HAS FOUGHT SO HARD TO STAY ABOVE WATER, AND THEN WITHOUT WARNING, HE IS UNDER WATER WITHOUT A LIFE PRESERVER.

TODAY ADAM IS PHYSICALLY AND MENTALLY UNHEALTHY. WHEN HE IS CLEAN AND IN HIS RECOVERY HE IS A GENTLEMAN AND A SCHOLAR – WHEN HE RELAPSES HE IS NOT RATIONALE AND INCAPABLE OF MAKING GOOD CHOICES AND DECISIONS – ADAM HAS A PEACEFUL HEART AND NOT VIOLENT.

I VIEW ADAM'S LIFE AS ONE BIG INTERRUPTION – UP AND DOWN AND DOWN AND UP. IT IS TIME TO BREAK THE REPEAT CYCLE. HE DESERVES GOOD HEALTH, FEEL GOOD TO START THE DAY, AND LOOK FORWARD TO TOMORROW.

WHAT CAN BE DONE TO NURTURE ADAM'S SPIRIT? I BELIEVE IT IS ESSENTIAL TO THE REST OF HIS LIFE, TO HAVE A "CHANCE" TO LOOK BEYOND WHERE HE IS TODAY. **I AM NOT AWARE THAT ADAM HAS EVER HAD A MENTAL HEALTH EVALUATION AND TREATMENT. WITHOUT INTENSE LONG-TERM REHABILITATION, TREATMENT, AND COUNSELING,** MY SON WILL CONTINUE TO HOLD HIMSELF HOSTAGE AND SUFFER. ADAM DESERVES A BETTER, MANAGEABLE, AND STABLE LIFE – A QUALITY OF LIFE.

ABOUT ADAM - HE IS A GOOD MAN, IS DEPENDABLE LIKE THE SUNRISE, SPREADS HAPPINESS EVERYWHERE HE GOES, IS A PLEASURE TO BE AROUND, IS AN INSPIRATION IN GOOD TIMES AND BAD, GIVES TO OTHERS RATHER THAN TAKE FROM OTHERS, MAKES OTHERS FEEL SAFE AND COMFORTABLE, HAS A WARM SMILE AND MAKES OTHERS SMILE BACK, AND MINISTERS THOSE IN NEED.

AS A STRONG, SUPPORTIVE, AND LOVING FAMILY, WE WILL ALWAYS STAND NEXT TO ADAM, NO MATTER WHAT. TODAY IS ADAM'S FIRST DAY OF THE REST OF HIS LIFE – WILL YOU CONSIDER GIVING HIM THE OPPORTUNITY TO LEARN AND CHANGE?

I APPRECIATE YOU AND THANK YOU FOR YOUR TIME AND YOUR CONTINUING EFFORTS IN THE CONSIDERATION OF ADAM'S FUTURE. PLEASE FEEL FREE TO FORWARD THIS LETTER TO THE **COURT AND PROSECUTOR**.

SHOULD YOU NEED ADDITIONAL INFORMATION OR ANSWERS TO QUESTIONS, PLEASE FEEL FREE TO CONTACT ME AT HOME AT 301-916-2151 OR CELL 301-379-7917.

SINCERELY YOURS,

*Theresa Ringler* (signature)
THERESA RINGLER

CC: ADAM K. HAMILTON