UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Judge Colleen Kollar-Kotelly |
| : | Criminal Action No. 06cv200-01 |
| **ADAM HAMILTON** : | |
| : | |
| Defendant : | FILED |
| : | MAY 21 2007 |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

**ORDER**

Due to an unanticipated conflict with the Court's calendar, the previously scheduled sentencing date of Wednesday, May 23, 2007, shall be vacated and rescheduled to a new date.

Accordingly, it is this 21 day of May, 2007,

**ORDERED** that the Sentencing date of May 23, 2007, in the above-captioned is hereby vacated; and it is

**FURTHER ORDERED** that the Sentencing date for Defendant Adam Hamilton is hereby RESCHEDULED for Wednesday, May 30, 2007, at 2:00 p.m. in Courtroom 28A.

_____
**COLLEEN KOLLAR-KOTELLY**
United States District Judge